JAMES STRONG ET AL., PLAINTIFFS IN ERROR, v. EDWIN A. GASKILL ET AL., DEFENDANTS IN ERROR.

On error to the Burlington Circuit.

For the plaintiffs in error, *Lindley M. Garrison.*

For the defendants in error, *David J. Pancoast.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, SCUDDER, VAN SYCKEL, CLEMENT, SMITH, WHITAKER. 8.

*For reversal*—DIXON, KNAPP, MAGIE, REED. 4.